**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

Jason Shanholtz                                      CASE NO: 3:26-bk-00924

Debtor.

- - - - - - - - - - - - - - - - - - - ·

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

 IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT 300 NORTH HOGAN STREET, SUITE 3-150, JACKSONVILLE, FLORIDA 32202 WITHIN THIRTY (30) FROM THE DATE OF THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS IF THIS PAPER WAS SERVVED ON ANY PARTY BY U.S. MAIL.

IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING.  IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE.  IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ·

## DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF CLAIM HELD BY CREDIT ACCEPTANCE CORPORATION

Comes now the Debtor, through the undersigned attorney, and requests the entry of an order under 11 U.S.C. §506(a) and Federal Rule Bankruptcy Procedure 3012 that determines the secured status of the claim of Credit Acceptance Corporation (the "Creditor") and states as follows:

1.      On March 5, 2026, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.      Creditor holds a security interest in Debtor's 2014 Chrysler Town & Country (VIN 2C4RC1BG6ER292796) in the total amount of $10,280.00.

3. The collateral at issue is a motor vehicle, subject to a loan with an account number ending 2506.

4. The fair market value of this property is $5,500.00 pursuant to the valuation attached hereto.

5. Debtor proposes to pay the allowed secured claim of Creditor through the Chapter 13 plan at 8.00% interest.

WHEREFORE, the Debtor requests the entry of an order (i) granting this motion; (ii) determining the value of the property to be $5,500.00; (iii) determining that Creditor's secured claim is $5,500.00; (iv) determining that Creditor's unsecured claim is $4,780.00; and (v) any other relief the Court deems appropriate.

Dated this 22nd day of March 2026.

Respectfully submitted,

**TAX WORKOUT GROUP, P.A.**

*/s/ Matthew J. Sherman*
Matthew J. Sherman, FBN: 1038794
Attorney for the Debtor
150 East Palmetto Park Road,
Suite 800
Boca Raton, FL 33432
msherman@twg.law
Telephone: (561) 861-0920
Facsimile: (866) 511-2384

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on March 23, 2026, to:


Douglas W. Neway, Chapter 13 Trustee
P.O. Box 430
Jacksonville, FL 32201

The United States Trustee
Office of the U.S. Trustee
400 West Bay Street, Suite 120
Jacksonville, FL 32202

Jason Shanholtz
49 College Dr. Apt. 10
Orange Park, FL 32065

Credit Acceptance Corporation
PO Box 5070
Southfield, MI 48086

*/s/ Matthew J. Sherman*
Matthew J. Sherman, FBN: 1038794
Attorney for the Debtor
150 East Palmetto Park Road,
Suite 800
Boca Raton, FL 33432
msherman@twg.law
Telephone: (561) 861-0920
Facsimile: (866) 511-2384



# 2014 CHRYSLER TOWN & COUNTRY
Wagon Limited V6 Values

## PRICING & VALUES

Prices shown for the used **2014 Chrysler Town and Country Wagon Limited V6** with 174000 miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer. **Edit options.**

### BUY FROM DEALER

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.

Average Price Paid

**$5,550**

Data from **4** transactions - Updated 03/22/26



80% of People Paid

**$5,065 - $5,970**

## ESTIMATED TRADE-IN VALUE

Prices shown are what people received from a dealer for their trade-in vehicle by condition. **See definitions.**

| | |
|---|---:|
| Base Price | $1,500 |
| Mileage and Options | -$1,000 |
| **Low** ⓘ | **$500** |
| Base Price | $2,250 |
| Mileage and Options | -$1,000 |
| **Average** ⓘ | **$1,250** |
| Base Price | $2,500 |
| Mileage and Options | -$1,000 |
| **High** ⓘ | **$1,500** |