In re:                                                          Case No.: 3:26-BK-00924-JAB

Jason Allen Shanholtz,                                  Chapter 13

      Debtor.

_____/

## **NOTICE OF APPEARANCE**

    The undersigned serves this Notice of Appearance in this cause on behalf of Creditor, Credit Acceptance Corp., and requests that all pleadings be served on him pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure.

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 26-80

## CERTIFICATE OF SERVICE

   **I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on March 30, 2026 to:

Douglas W. Neway, Post Office Box 4308, Jacksonville, FL 32201
*Trustee* (usual place of business)

Matthew Joseph Sherman, Tax Workout Group, P.A., 150 East Palmetto Park Road Ste 800, Boca Raton, FL 33432
*Attorney for Debtor* (usual place of business)

Jason Allen Shanholtz, 49 College Dr. Apt. 10, Orange Park, FL 32065
*Debtor* (usual place of abode)

**Heckman Law Group, P.L.**

By: */s/  Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone:  (850) 583-4161
E-Service:  eservice@heckmanlawgroup.com
HLG File No.: 26-80